UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-23205-CIV-HIGHSMITH

JUAN AGUIRRE,

    Plaintiff,

v.

CITY OF MIAMI,

    Defendant.
_____/

## JURY VERDICT FORM

**Do you find from a preponderance of the evidence:**

1. That the City of Miami took an adverse employment action against Juan Aguirre.

    Answer Yes or No    __YES__

*[Note: If you answered No to the first question, you need not answer the remaining questions]*


2. That the adverse employment action was causally related to Juan Aguirre's testimony at the trial brought pursuant to the Americans with Disabilities Act.

    Answer Yes or No    __YES__

*[Note: If you answered No to the second question, you need not answer the remaining questions]*

*Aguirre v. City of Miami, Case No. 04-23205-CIV-SH*
Jury Verdict Form

3. That Juan Aguirre suffered damages as a proximate or legal result of his testimony at the trial brought pursuant to the Americans with Disabilities Act.

   Answer Yes or No   YES

4. That Juan Aguirre should be awarded damages to compensate for lost opportunities to work off-duty jobs?

   Answer Yes or No   YES

   If your answer is Yes,
   in what amount?   $ 5,500.00

5. That Juan Aguirre should be awarded damages to compensate for emotional pain and mental anguish?

   Answer Yes or No   YES

   If your answer is Yes,
   in what amount?   $  JF
   5,000.00

6. That Juan Aguirre was constructively discharged from employment?

   Answer Yes or No   YES

*[Note: If you answered No to the sixth question, you need not answer the remaining questions]*

*Aguirre v. City of Miami*, Case No. 04-23205-CIV-SH
Jury Verdict Form

7. That Juan Aguirre should be awarded damages to compensate for a net loss of wages and benefits to the date of trial.

    Answer Yes or No        YES

    If your answer is Yes,
    in what amount?        $235,000.00

SO SAY WE ALL.

_James J. Feeney_        7/26/07
Foreperson                       Date